UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62684-LEIBOWITZ

EVAN J. EIZENGA,

    *Plaintiff,*

v.

MEDIALAB.AI INC., *et al.*,

    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Motion to Dismiss the Complaint [ECF No. 10], filed on February 9, 2026. On February 18, 2026, Plaintiff filed an Amended Complaint [ECF No. 11]. Because the Amended Complaint supersedes the initial complaint, Defendants' Motion to Dismiss the Complaint is moot. *See Dresdner Bank AG, Dresdner Bank AG in Hamburg v. M/V OLYMPIA VOYAGER*, 463 F.3d 1210, 1215 (11th Cir. 2006); *Johnson Controls, Inc. v. Uribazo*, 2012 WL 6652934, at *1 n.1 (S.D. Fla. Dec. 21, 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss the Complaint [**ECF No. 10**] is **DENIED AS MOOT** without prejudice.

**DONE AND ORDERED** in the Southern District of Florida on February 19, 2026.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record