**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-62684-LEIBOWITZ**

**EVAN J. EIZENGA,**

     *Plaintiff,*

*v.*

**MEDIALAB.AI INC.,** *et al.,*

     *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Reconsideration of Order Dismissing Amended Complaint as to Defendant Derran Brown a/k/a Junior Rain ("the Motion") [ECF No. 33]. On May 14, 2026, this Court permitted counsel for Defendant Derran L. Brown ("Defendant" or "Brown") to withdraw from this matter and ordered Brown to notify the Court within 30 days of entry of that order whether he intended to retain substitute counsel. [ECF No. 29 at 2]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the deadline to respond to the Motion is **STAYED** pending Brown's compliance with the Court's order of May 14, 2026.

**DONE AND ORDERED** in the Southern District of Florida on May 22, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record