**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-62684-LEIBOWITZ**

**EVAN J. EIZENGA,**

*Plaintiff*,

*v.*

**MEDIALAB.AI INC., *et al.*,**

*Defendants.*
_________________________________/

**ORDER**

**THIS CAUSE** is before the Court *sua sponte*. On May 14, 2026, the Court permitted counsel for Defendant Derran L. Brown ("Brown") to withdraw from the representation and ordered Brown to advise the Court within thirty (30) days of the entry of the Order whether he intended to retain substitute counsel or would proceed *pro se*. [ECF No. 29 at 2]. Thereafter, on May 20, 2026, Plaintiff filed a Motion for Reconsideration of Order Dismissing Amended Complaint as to Defendant Derran Brown A/K/A Junior Rain ("the Motion for Reconsideration") [ECF No. 33], and the Court stayed Brown's deadline to respond to the Motion for Reconsideration pending Brown's compliance with the Court's order of May 14, 2026. [*See* ECF No. 34]. To date, Brown has not responded to the Court's May 14, 2026 Order, and the Court does not have sufficient information in the docket to determine whether Brown was provided with notice of Plaintiff's Motion for Reconsideration, so the Court is disinclined to rule on the motion until it is satisfied that Brown is aware of the motion and has had a fair opportunity to respond to it.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

- Within **five (5) days** of the entry of this Order, Plaintiff shall send to Defendant Brown a copy of this Order and the Plaintiff's Motion for Reconsideration [ECF

No. 33]. Plaintiff shall serve Defendant Brown by U.S. mail at his last known address, as represented by his former counsel at ECF No. 31: 4511 3rd Ave, Apt. 4G, Bronx, NY 10457, and additionally via e-mail at derranbrown99@gmail.com. After service, Plaintiff shall file a notice of compliance with the Court's Order.

- Defendant Derran L. Brown shall file a response to Plaintiff's Motion for Reconsideration [ECF No. 33] no later than **October 30, 2026**. Defendant Brown may file his response *pro se* or through retained counsel. The Court warns Brown that failure to comply with this Order may result in sanctions. See FED. R. CIV. P. 16(f).

**IT IS FURTHER ORDERED** that the ***Clerk of Court*** is **DIRECTED** to terminate Derrick Edward George, Esq. as counsel of record, consistent with the Court's Order of May 14, 2026. [*See* ECF Nos. 29, 31].

**DONE AND ORDERED** in the Southern District of Florida on August 27, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record