**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-62684-LEIBOWITZ**

**EVAN J. EIZENGA**,

*Plaintiff*,

*v.*

**MEDIALAB.AI INC., *et al.***,

*Defendants.*
______________________________________/

**NOTICE REGARDING STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the status conference scheduled for this case on Thursday, November 19, 2026, at 2:00 p.m. [*see* ECF No. 51] is hereby rescheduled for **Thursday, November 19, 2026, at 3:30 p.m.** *Pro se* Defendant Derran Brown is permitted to virtually attend the status conference. The Court's Notice Setting Status Conference [ECF No. 51] otherwise remains in full force and effect. All other counsel must appear in person.

**DONE AND ORDERED** in the Southern District of Florida on November 18, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record